IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS MILLER,<br><br>        Plaintiff,<br><br>  v.<br><br>RANGER ROGER MAYO,<br><br>        Defendant.<br>_____ / | No. C 05-00286 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>August 26, 2005</u> at <u>2:30 p.m.</u>.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>September 30, 2005</u>.

DESIGNATION OF EXPERTS: Deft.. <u>8/26/05</u>; Pltf. <u>9/9/05</u>.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>September 30, 2005</u>.

DISPOSITIVE MOTIONS RE: QUALIFIED IMMUNITY **SHALL** be filed by <u>September 30, 3005</u>;

   Opp. Due <u>October 14, 2005</u>; Reply Due <u>October 21, 2005</u>;

   and set for hearing no later than <u>November 4, 2005</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>February 14, 2006</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>February 27, 2006</u> at <u>8:30 AM.</u>,
   Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be <u>five</u> days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

By July 8, 2005, the parties shall submit to the Court a proposed order regarding personnel records.

This case shall be referred to a magistrate-judge for settlement purposes. The settlement conference shall occur on or before July 29, 2005.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 6/17/05
                                                                               S/Susan Illston
                                                                               SUSAN ILLSTON
                                                                              United States District Judge