| | |
|---|---|
| 1 | KEVIN V. RYAN (SBN 118321)<br>United States Attorney |
| 2 | JOANN M. SWANSON (SBN 88143)<br>Chief, Civil Division |
| 3 | OWEN P. MARTIKAN (SBN 177104)<br>Assistant United States Attorney |

450 Golden Gate Avenue, 10th Floor
San Francisco, California 94102-3495
Telephone:  (415) 436-7241
Facsimile:  (415) 436-6748
Email:  owen.martikan@usdoj.gov

Attorneys for Defendants Mayo, Gregorio, Smith, & Neubacher

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRIS MILLER and JESSICA MILLER,<br><br>  Plaintiffs,<br><br>  v.<br><br>RANGER ROGER MAYO, RANGER ANGELINA GREGORIO, CHIEF RANGER COLIN SMITH and SUPERINTENDENT DON NEUBACHER, of the U.S. National Park Service, and JOHN DOES 1-X,<br><br>  Defendants. | Case No. C 05-00286 SI (MEJ)<br>**E-FILING CASE**<br><br>**STIPULATED REQUEST TO CONTINUE SETTLEMENT CONFERENCE PENDING SETTLEMENT DISCUSSIONS ON ADMINISTRATIVE CLAIM** |

This case is set for a settlement conference on Tuesday, July 26, 2005 at 10:00am. After the settlement conference was scheduled, counsel for defendants has learned that the U.S. Department of Justice intends to appoint private counsel for each defendant. Also, last Friday plaintiffs filed an administrative tort claim with the Department of Interior regarding the incident that is the basis for this lawsuit.

Because of the Department of Justice's decision regarding representation, defendants' current counsel cannot appear on their behalf next Tuesday. The Department of Interior can still settle this case through the administrative process, but the Court does not yet have jurisdiction over the administrative claim.

The parties therefore ask that the Court continue this settlement conference for about two weeks, so that the parties can discuss settlement of the administrative claim, and if the case does not settle, then the Department of Justice can secure separate counsel for each defendant.

So stipulated and respectfully submitted,

KEVIN V. RYAN
United States Attorney

Dated: July 21, 2005

/S/
OWEN P. MARTIKAN
Assistant United States Attorney

Attorneys for Defendants

LAW OFFICES OF DENNIS CUNNINGHAM

Dated: July 21, 2005

/S/
W. GORDON KAUPP, ESQ.

Attorneys for Plaintiffs

## ORDER ON STIPULATION

Per the stipulation of the parties and for good cause shown, the settlement conference currently scheduled for 10:00am on Tuesday, July 26, 2005, is continued to 10-25-05 at 10:00 a.m.

SO ORDERED.

HON. MARIA-ELENA JAMES
United States Magistrate Judge

*Judge Maria-Elena James*

STIP. TO CONTINUE SETTLEMENT CONF.
C 05-00286 SI (MEJ)

2